UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>       Plaintiff,<br><br>vs.<br><br>DWIGHT W. NEVEN, *et al.*,<br><br>       Defendants. | 2:15-cv-01327-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 2) |

**I.  DISCUSSION**

Plaintiff has filed a motion to extend his copy work limit. (ECF No. 2). An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC administrative regulation 722.01(7)(D), inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." In this District, courts have found that they can order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties. *See Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857-RLH, 2011 WL 886343, *2 (D. Nev. Mar. 11, 2011). In this case, the Court grants Plaintiff's request to extend his copy work account limit by another $10.00.

## II. CONCLUSION

**IT IS HEREBY ORDERED** that Plaintiff's motion to extend his copy work account (ECF No. 2) is **GRANTED** in the amount of $10.00. The Nevada Department of Corrections shall extend Plaintiff's prison copy work limit by another $10.00.

Dated this 10th day of March, 2016.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE