ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Dwight Neven,*
*Bruce Stroud, Larry Treadwell,*
*Jennifer Nash, and Jerry Howell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WILLIAMS, | Case No. 2:15-cv-01327-GMN-NJK |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO EXTEND REMAINING SCHEDULING DEADLINES** |
| DWIGHT NEVEN, *et al.*, | |
| Defendants. | **(SECOND REQUEST)** |

Defendants Dwight Neven, Bruce Stroud, Larry Treadwell, Jennifer Nash, and Jerry Howell, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby move for a fourteen (14) day extension of the remaining non-discovery scheduling deadlines in this matter. This motion is made and based on the following points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any additional evidence the Court deems appropriate to consider.

///

///

## I. BACKGROUND

This is an inmate civil rights case filed pursuant to 42 U.S.C. section 1983. ECF No. 4. The Court issued its screening order on June 16, 2016. ECF No. 8. Pursuant to this order, Plaintiff was permitted to proceed on his Fourteenth Amendment claims related to being housed in administrative segregation against Defendants Neven, Nash, Fillman, Stroud, Treadwell, and Howell. *Id.* at 8.

On September 23, 2016, the parties participated in an early mediation conference at which no resolution was reached. ECF NO. 14.

On December 19, 2016, Defendants Neven, Stroud, Treadwell, Nash, and Howell filed an Answer to Plaintiff's Complaint. ECF NO. 19.

On December 20, 2016, the Court issued a scheduling order. ECF No. 20. Pursuant to the scheduling order, discovery must be completed by March 20, 2017, discovery motions are due April 3, 2017, and dispositive motions are due April 19, 2017. *Id.*

On March 31, 2017, Defendants filed a motion to extend the remaining scheduling deadlines for 30 days. ECF No. 24.

On April 3, 2017, the Court granted Defendants' extension request. ECF No. 25. Pursuant to the Court's order, the last day to file discovery motions was May 3, 2017, and the last day to file dispositive motions was June 5, 2017. *Id.*

On April 6, 2017, Defendants filed a motion to compel. ECF No. 27

On May 10, 2017, the Court denied Defendants' motion to compel without prejudice and directed Defendants to file any renewed motion to compel by May 24, 2017. ECF No. 28.

This second motion to extend the remaining scheduling deadlines follows.

## II. <u>ARGUMENT</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown. Defendants submit that their request to extend the remaining non-discovery scheduling deadline by 14 days is supported by good cause here.

Since this Court denied Defendants' motion to compel on May 10, 2017, the undersigned has reviewed the case file and begun drafting a motion for summary judgment. *See* Exhibit 1 (Declaration of Counsel). However, the undersigned has been unable to complete the motion due to his responsibilities to meet deadlines in other cases and to train and supervise an intern who recently joined the Office of the Attorney General. *Id.* In addition, Defendants' modest extension request will not prejudice Plaintiff and is not made for the purposes of delay. Therefore, Defendants request a 14 day extension of the remaining scheduling deadlines and propose the following new dates for the Court's consideration:

    June 19, 2017    Last day to file dispositive motions

This extension request is filed prior to the expiration of the deadline at issue.

## III. CONCLUSION

Defendants' second motion to extend the remaining scheduling deadlines should be granted.

DATED this 5th day of June, 2017.

                Respectfully submitted,

                ADAM PAUL LAXALT
                Nevada Attorney General

                By: /s/ Jared M. Frost
                    JARED M. FROST
                    Senior Deputy Attorney General
                    Nevada State Bar No. 11132
                    *Attorneys for Defendants*

IT IS SO ORDERED.

DATED this __6th__ day of June, 2017.

                _____
                UNITED STATE MAGISTRATE JUDGE