1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

MICHAEL WILLIAMS,                          )

                              )          Case No. 2:15-cv-01327-GMN-NJK

                Plaintiff(s),          )

12                              )

vs.                              )          NOTICE

13                              )

DWIGHT W. NEVEN, et al.,          )

14                              )

                Defendant(s).          )

15                              )

16          Upon receiving notice from another chambers of a potential scheduling conflict, the Court

17    rescheduled the settlement conference in this case.  Docket No. 38.  The Court issues this notice to

18    separately explain that the manner in which Defendants relayed that information to the undersigned was

19    not proper.  The proper mechanism for bringing a potential scheduling conflict to the Court's attention

20    is to file a written request to continue the settlement conference to a different date that explains the

21    circumstances giving rise to the scheduling conflict *See, e.g.*, Docket No. 38 at 1 n.1 ("Any request to

22    change the date of the settlement conference must be made in writing and must be filed within 7 days

23    of the issuance of this order").  Contacting another judge's chambers to ask them to expend their

24    resources to explain to the undersigned's staff that a scheduling conflict exists is not proper.

25          IT IS SO ORDERED.

26          DATED: July 25, 2017

27          _____

            Nancy J. Koppe

28          United States Magistrate Judge